Prob 12BV-IA
(Rev. 3/03)

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

**RECEIVED**
DEC 1 0 2004
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**Name of Offender:**

Richard Dean Howe      **Case Number:**      4:95CR00121-001

**Name of Sentencing Judicial Officer:**    Ronald E. Longstaff

**Date of Original Sentence:**    2/2/1996

**Original Offense:**    T.21:841(a)(1) - Possession with Intent to Distribute Methamphetamine

**Original Sentence:**    121 months imprisonment;  60 months supervised release

**Special Conditions:**    None ordered at the time of sentencing

**Date Supervision Commenced:**    1/9/2004

**Modification(s):**    Drug Testing/Treatment added 05/29/03; Community Corrections Center added 06/29/04

| **Assistant U. S. Attorney:** | Clifford R. Cronk | **Defense Attorney:** | Federal Public Defender |
|---|---|---|---|

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

1) You shall reside, participate and follow the rules of the Mid Eastern Council on Chemical Abuse (MECCA) Inpatient Treatment Center until discharged by MECCA staff as directed by the Probation Office. You shall pay the cost of inpatient treatment.

PDF created with pdfFactory trial version www.pdffactory.com

**Prob 12BV-IA**

**Request for Modifying the
Conditions or Term of Supervision
with Consent of the Offender
Page 2**

2) Following Inpatient Drug Treatment, you shall participate in a program of curfew supervision for a period of up to 120 days. For seven days each week, during such period, you shall be at your place of residence from 9:00 p.m. to 6:00 a.m. You shall remain at your residence during the hours designated unless otherwise approved by your probation officer. You will maintain a telephone at your place of residence without call forwarding, a modem, caller ID, call waiting or portable cordless telephone for the above period. If directed by the probation officer, you shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer and pay the costs of electronic monitoring.

| Violation | Nature of Non-Compliance |
|---|---|
| 1) You shall participate in a program of testing and treatment for substance abuse, as directed by the Probation Officer, until such time as you are released from the program by the Probation Office. You shall not use alcohol and/or other intoxicants during and after the course of treatment. | a) On 11/12/04, the offender contacted this officer and stated he provided two urine tests that week, but a third test was called on that Friday, and he was in Council Bluffs for a wedding. This officer arranged to have the offender provide a urine specimen at the Heartland Family Center in Council Bluffs that evening between 5:00 and 6:00 p.m. The offender said he would report for that urine test.<br><br>b) On 11/14/04, the offender called this officer at home, stating he arrived late for the urine test at the Heartland Family Center, so he did not submit a sample. He was directed to the Mid-Eastern Council on Chemical Abuse (MECCA) on 11/15/04.<br><br>c) On 11/17/04, the offender again contacted this officer and admitted he had consumed excessive amounts of alcohol at the wedding in Council Bluffs over the weekend and was not sure if he used methamphetamine. He stated he was in need of drug and alcohol treatment. He was directed to immediately contact his drug treatment counselor at MECCA.<br><br>d) On 11/19/04, the offender failed to report to MECCA for a random urine test. The offender called late that day and said he was out of town and could not get back to MECCA in Iowa City in time to provide a urine specimen. |

PDF created with pdfFactory trial version www.pdffactory.com

e) On 11/22/04, the offender was directed to MECCA to provide a urine specimen, which was positive on the on-site test for methamphetamine. On 11/30/04, Kroll Laboratories confirmed the urine specimen submitted on 11/22/04 was positive for amphetamine and methamphetamine.

f) The offender signed the enclosed Waiver of Hearing adding a special condition to include inpatient drug treatment at MECCA followed by 120 days curfew supervision with electronic monitoring. MECCA has a bed available on 12/08/04.

**Background Information:**

The offender was placed in the Hope House Community Corrections Center from 07/05/04 through 11/01/04 for prior drug use. He completed the program without violations.

Respectfully submitted,

By _____

Timothy F. Heinrichs
Senior U. S. Probation Officer
Date: December 9, 2004

PDF created with pdfFactory trial version www.pdffactory.com