Prob 12C_Addendum-IA
(Rev. 3/03)

**RECEIVED**

**UNITED STATES DISTRICT COURT**

**FOR THE**

FEB 16 2005

**SOUTHERN DISTRICT OF IOWA**

CLERK, U.S. DISTRICT COURT
THERN DIST ...T OF IOW...

### Addendum to Petition for Warrant for Offender Under Supervision

### Filed February 8, 2005

| | | | |
|---|---|---|---|
| **Name of Offender:** | Richard Dean Howe | **Case Number:** | 4:95CR00121-001 |

**Name of Sentencing Judicial Officer:** Ronald E. Longstaff

**Date of Original Sentence:** February 2, 1996

**Original Offense:** Other Drug

**Original Sentence:** 121 months imprisonment; 60 months supervised release

**Special Conditions:** None imposed at sentencing

**Date Supervision Commenced:** 01/09/2004

**Modification(s):** Drug Testing/Treatment added May 27, 2003; 120 day CCC Placement added June 29, 2004; Inpatient Drug Treatment followed by 120 day Curfew Supervision added December 9, 2004

| **Assistant U. S. Attorney:** | Clifford R. Cronk | **Defense Attorney:** | Mark Meyers |
|---|---|---|---|

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Prob 12C-IA-Addendum**

| **Violation** | **Nature of Non-Compliance** |
|---|---|
| 1)    You shall participate in a program of testing and treatment for substance abuse, as directed by the Probation Officer, until such time as you are released from the program by the Probation Office. You shall not use alcohol and/or other intoxicants during and after the course of treatment. | a) According to Kroll Laboratories, the offender tested positive for amphetamine and methamphetamine on 01/19/05, 01/24/05, and 02/02/05. On 02/12/05, the offender admitted he failed to report for urine testing at the Mid-Eastern Council on Chemical Abuse (MECCA).    On 02/14/04, the offender submitted a urine specimen at the probation office following his Initial Appearance on the current violation. His on-sight urine test in the probation office was positive for methamphetamine and the offender admitted to using methamphetamine on 02/11/05. |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on February 14, 2005

Timothy F.  Heinrichs
Senior U. S. Probation Officer
Date:  February 14, 2005