AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern_____ District of ___Iowa_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| Richard Dean Howe | Case Number:    4:95-cr-121 |
| | USM Number:    04952030 |
| | Terry McAtee |
| | Defendant's Attorney |

## THE DEFENDANT:

x    admitted guilt to violation of    drug use_____ of the term of supervision.

☐    was found in violation _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Drug use | 8/10/2007 |
| 2. | Failing to answer truthfully all inquires by the probation officer and failing to follow the instructions of the probation officer. | 8/102007 |

The defendant is sentenced as provided in pages 1-2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

_____August 30, 2007_____
Date of Imposition of Judgment

_____
Signature of Judge

John A. Jarvey, U.S. District Judge_____
Name and Title of Judge

August 30, 2007_____
Date

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 2 - Imprisonment

Judgment — Page ___2___ of ____2____

DEFENDANT:
CASE NUMBER:

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for total term of :        10 months

☐    The court makes the following recommendations to the Bureau of Prisons:

x    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m.   on    _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2:00   p.m. on

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL